**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROSALEE V. ZARROW,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4116** |
| | : | |
| **FAITH DALESSIO,** | : | |
| **Defendant.** | : | |

# ORDER

AND NOW, this 24th day of August, 2026, upon consideration of Plaintiff Rosalee V. Zarrow's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and pro se Complaint (Doc. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. Zarrow may reassert her claims in the proper state court if she chooses to do so.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/*Karen Spencr Marston*

**KAREN SPENCER MARSTON, J.**